SETH MITCHELL, CFA, Appellant, v NEW YORK UNIVERSITY et al., Respondents.

Submitted August 22, 2016; decided November 1, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief etc. dismissed as academic.

SHERILYN F. VAN ORDEN, Appellant, v RICHARD E. VAN ORDEN, Respondent.

Submitted July 25, 2016; decided November 1, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Judge STEIN taking no part.